[No. 31803-9-I. Division One. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04364-1, James A. Noe, J., entered November 5, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Scholfield, J.

[No. 33627-4-I. Division One. December 30, 1994.]

GARNET HAUGHAWOUT, *Appellant*, v. MANACO BEACH COMMUNITY CLUB, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 93-2-00138-4, Joan H. McPherson, J., entered November 7, 1993. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Pekelis, C.J., and Scholfield, J.

[No. 31569-2-I. Division One. December 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOGEN SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02654-2, Larry A. Jordan, J., entered October 7, 1992. *Dismissed* by unpublished per curiam opinion.